Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE ANDERSEN** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 GJ 1175 | DATE | **AUGUST 23, 2007** |
| CASE TITLE | US v. HAMDE OTHMAN and M & A FOOD MART, INC. | | |

Motion:   (In the following box (a) indicate the party filing the motion. e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the ___SPECIAL AUGUST 2006-2___ Session, a quorum being present **JUDGE ANDERSEN**
returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge_____ **MAGISTRATE JUDGE DENLOW**

**07CR544**

Docket Entry:

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DEFENDANT OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

**FILED**

AUG 2 3 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE (ONLY IF FILED UNDER SEAL)

BW USM

| | | | | | |
|---|---|---|---|---|---|
| No notices required. advised in open court. | BW ISSued. | BW USM | Number of notices | | DOCKET# |
| No notices required. | | | Date docketed | | |
| Notices mailed by judge's staff. | AUG 2 4 2007 | | Docketing dpty. initials | | |
| Notified counsel by telephone. | | | | | |
| Docketing to mail notices | | | Date mailed notice | | |
| Mail AO 450 form. | | | | | |
| Copy to judge/magistrate judge. | | | Mailing dpty. initials | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | | |